1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD DELOACH (1),<br>NOBLE PHOENIX MICHA EL (2),<br><br>　　　　Defendants. | Case No.: 20-CR-2111-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND FINDINGS OF FACT |
|---|---|

17　　　　The Court has read and considered the Stipulation and Joint Motion to Continue
18  Trial Date, filed by the parties in this matter on January 6, 2022.  The Court hereby
19  finds that the Stipulation and Joint Motion to Continue Trial Date, which the Court
20  incorporates by reference into this Order, demonstrates facts that support a
21  continuance of the trial date in this matter, and provides good cause for a finding of
22  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
23　　　　The Court further finds that: (i) the ends of justice served by the continuance
24  outweigh the best interest of the public and the defendants in a speedy trial; (ii) failure
25  to grant the continuance would be likely to make a continuation of the proceeding
26  impossible, or result in a miscarriage of justice; and (iii) failure to grant the
27  continuance would unreasonably deny defendants continuity of counsel and would
28  deny defense counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence. These findings are based on the facts set forth in the parties' Stipulation and Joint Motion to Continue Trial Date—which the Court hereby incorporates by reference—including but not limited to the facts related to the COVID-19 pandemic.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 10, 2022 to February 7, 2022 at 9:00 a.m. A status conference is scheduled for January 28, 2022 at 2:00 p.m.

2. The time period of January 10, 2022 to February 7, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated: January 7, 2022

Hon. Janis L. Sammartino
United States District Judge