UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20cr2111-JLS-01 |
| Plaintiff, | |
| vs. | ORDER CONTINUING STATUS HEARING |
| EDWARD DELOACH (1), | |
| Defendant. | |

At the request of Defendant, and with the agreement of the Government, the status-hearing currently scheduled for May 27, 2022, at 3:00 p.m., is continued to June 10, 2022 at 2:45 p.m..

Based on Defendant's Motion to Continue, the Court finds that the continuance is both necessary to serve the interests of justice and outweighs the Defendant's and the public's interest in a speedy trial, and thus excludes time under the Speedy Trial Act. 18 U.S.C. § 3161 (7)(A).

IT IS SO ORDERED.

Dated: May 24, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge