# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. EDWARD DELOACH (1), Defendant. | Case No.: 20CR2111-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |
|---|---|

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing in this matter is continued from October 28, 2022 to **Wednesday, November 16, 2022** at **1:30 p.m.**

IT IS FURTHER ORDERED that Probation shall file an addendum addressing the Government's Objections to the Presentence Report (ECF No. 136) by November 9, 2022.

IT IS SO ORDERED.

Dated: October 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

COPIES:
ALL PARTIES/COUNSEL
U.S. PROBATION